

FILED

07/15/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0461

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0461

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

NICOLE ABENICIA NOLI,

    Defendant and Appellant.

**FILED**

JUL 15 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including August 6, 2021 within which to prepare, file, and serve Appellant's opening brief on appeal.

DATED this 15th day of July, 2021.

For the Court,

By _____

Chief Justice

ORDER GRANTING MOTION FOR EXTENSION OF TIME

PAGE 1